AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Coulson, John M. | **2. Court or Organization**<br><br>United States District Court for the District of Maryland | **3. Date of Report**<br><br>04/29/2019 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U.S. Magistrate Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

101 W. Lombard Street
Chambers 8D
Baltimore, Maryland 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 04/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Build, Inc. (Administrator for Community Organization) W-2 Income |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University School of Law | 07/12/2018 - 07/13-2018 | Washington, DC | Attend Panel Discussion on E-Discovery | Hotel, transportation, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 04/29/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Occidental College | Tuition for Dependent Child | K |
| 2. University of Vermont | Tuition for Dependent Child | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MONY Whole Life Policy | A | Dividend | J | T | | | | | |
| 2. NW Mutual Whole Life Policy #1 | A | Dividend | J | T | | | | | |
| 3. NW Mutual Whole Life Policy # 2 | A | Dividend | J | T | | | | | |
| 4. NW Mutual Whole Life Policy # 3 | A | Dividend | J | T | | | | | |
| 5. NW Mutual Whole Life Policy # 4 | A | Dividend | K | T | | | | | |
| 6. Erie Family Life Whole Life Policy | A | Dividend | J | T | | | | | |
| 7. TIAA Traditional Fund | A | Dividend | J | T | | | | | |
| 8. CREF Social Choice Fund | A | Dividend | J | T | | | | | |
| 9. American 2025 Target Ret. C | A | Dividend | J | T | Buy (add'l) | 12/07/18 | J | | |
| 10. Franklin Templeton Mutual Quest Fund | A | Dividend | J | T | | | | | |
| 11. MD Portfolio for College 529 Plan (1 of 2) | | None | L | T | Sold (part) | 12/18/18 | J | C | |
| 12. MD Portfolio for College 529 Plan (2 of 2) | | None | L | T | | | | | |
| 13. John Hancock Freedom 529 College Portfolio 2013-2016 | | None | | | Sold | 07/17/18 | K | C | |
| 14. John Hancock Freedom 529 College Portfolio A | | None | J | T | Buy | 07/16/18 | K | | |
| 15. John Hancock Freedom 529 College Porfolio A (Cont'd..) | | None | | | Sold | 12/17/18 | K | C | |
| 16. John Hancock Freedom 529 Portfolio 2017-20 | | None | M | T | Sold (part) | 07/16/18 | K | D | |
| 17. John Hancock Freedom 529 Portfolio 2017-20 (Cont'd) | | None | M | T | Sold (part) | 12/10/18 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. John Hancock Freedom 529 Portfolio 2017-20 (Cont'd.) | | None | M | T | Sold (part) | 12/17/18 | J | C | |
| 19. Davis NY Venture C | B | Dividend | J | T | Sold (part) | 01/02/18 | J | A | |
| 20. Davis NY Venture C (Cont'd.) | B | Dividend | J | T | Sold (part) | 01/03/18 | J | A | |
| 21. Franklin Income A | A | Dividend | K | T | Buy | 10/22/18 | K | | |
| 22. Franklin Income C | B | Dividend | J | T | Sold (part) | 03/16/18 | J | A | |
| 23. Miller Opportunity Trust | A | Dividend | | | Sold | 07/31/18 | J | B | |
| 24. Royce Pennsylvania Consult | A | Dividend | J | T | Sold (part) | 01/02/18 | J | A | |
| 25. Clearbridge Small Cap C (IRA) | B | Dividend | J | T | Sold (part) | 03/16/18 | J | A | |
| 26. Clearbridge Value Trust C (IRA) | A | Dividend | J | T | | | | | |
| 27. Franklin Income A(IRA) | A | Dividend | J | T | Buy | 10/22/18 | J | | |
| 28. Franklin Income C (IRA) | A | Dividend | J | T | Sold (part) | 10/22/18 | J | A | |
| 29. QS Batterymarch Int'l. Equity C (IRA) | A | Dividend | J | T | | | | | |
| 30. Davis NY Venture A (UTMA 1) | A | Dividend | J | T | Buy | 08/01/18 | J | | |
| 31. Davis NY Venture C (UTMA 1) | A | Dividend | J | T | Sold (part) | 01/02/18 | J | A | |
| 32. Davis NY Venture C (UTMA 1) (Cont'd) | A | Dividend | J | T | Sold (part) | 08/01/18 | J | A | |
| 33. Miller Opportunity Trust (UTMA 1) | A | Dividend | J | T | | | | | |
| 34. Davis NY Venture A (UTMA 2) | A | Dividend | J | T | Buy | 08/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Davis NY Ventrure C (UTMA 2) | A | Dividend | J | T | Sold (part) | 08/01/18 | J | A | |
| 36. Miller Opportunity Trust (UTMA 2) | A | Dividend | J | T | Sold (part) | 03/16/18 | J | A | |
| 37. PNC Bank Interest Checking | A | Interest | J | T | | | | | |
| 38. Capitol One 360 Savings | A | Interest | J | T | | | | | |
| 39. Flowers Foods (FLO) Common Stock (family member) | A | Dividend | J | T | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 04/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Investments and Trusts: Note that what had been Maryland College Portfolio 2018 529 is now known as Maryland Portfolio for College 529. Also note that the investments reflected in Lines 11-18 do not credit income to individual accounts but instead report a "unit value," and therefore reflect no income (B(2)) for the reporting period per the instructions. When some or all of those accounts are sold, the "gain" to the individual investor is reported as part of the sale and has been reflect in D(4) where applicable.

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 04/29/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Coulson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544